IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RYAN PFLIPSEN, | § § § § | |
| Plaintiff, | | |
| VS. | § § | CIVIL ACTION NO. SA-19-CA-253-FB |
| A&S COFFEE ENTERPRISES, INC. and WURZBACH/OAKS LTD., | § § § § § | |
| Defendants. | | |

**ORDER ACKNOWLEDGING SETTLEMENT, STAYING ALL PRETRIAL DEADLINES, DENYING ALL PENDING MOTIONS, CANCELING ALL SETTINGS AND REQUESTING FILING OF AN AGREED ORDER**

The Court has been informed by the Joint Advisory to the Court Regarding Settlement Status, in response to this Court's Order and Advisory filed on January 22, 2020 (docket #16), that the parties have agreed in principle to settle this matter and are in the process of preparing the final settlement paperwork. Therefore, it is hereby ORDERED that:

1) The parties shall submit their settlement papers or stipulation of dismissal and any appropriate supporting documents on or before **February 27, 2020.** Should the parties be unable to submit those documents by that date, the party unable to meet the deadline should move for an extension of time to file the documents. Otherwise, the Court may dismiss the case for failure to prosecute and/or failure to follow a Court order. FED. R. CIV. P. 16(f), 41(b).

2) All pretrial deadlines, if any, are hereby STAYED. If the parties fail to meet the above deadline, or are unable to finalize their settlement, the Court will set new pretrial deadlines, accelerated to account for the delay, if applicable, or set this matter for trial.

3) All motions pending in this action between plaintiff and defendants, if any, are DENIED, subject to reurging should the parties be unable to finalize their settlement of the case. **All previously scheduled settings, if any, are hereby CANCELED**.

No extensions of the above deadline shall be granted except upon a showing of good cause.

It is so ORDERED.

SIGNED this 6th day of February, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE