IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RYAN PFLIPSEN,                           §
                                         §
        Plaintiff,                       §
                                         §
VS.                                      §        CIVIL ACTION NO. SA-19-CA-253-FB
                                         §
A&S COFFEE ENTERPRISES, INC. and         §
WURZBACH/OAKS LTD.,                      §
                                         §
        Defendants.                      §

### ***ORDER OF DISMISSAL AND JUDGMENT***

The Court has considered the status of the above styled and referenced cause. On January 22, 2020, this Court entered an Order and Advisory (docket #16), advising the parties that all scheduling order deadlines had expired in the case, no motions were pending, and the last docket activity in the case occurred on October 15, 2019. The Court ordered the parties to file a joint advisory with the Court on or before February 5, 2020, advising whether the case had settled, resolution of the case short of trial was possible, or if the parties were ready for trial.

The parties filed their Joint Advisory to the Court Regarding Settlement Status on February 5, 2020 (docket #17) advising the Court that they had agreed in principle to settle the case and were in the process of preparing the final settlement paperwork. It was also noted that "Defendants have attempted to confer with Plaintiff's counsel in order to finalize and execute the settlement. Counsel for Plaintiff expects to hear back from his client tonight or tomorrow regarding the final settlement documents." Joint Advisory, docket #17 at page 1, item 2. On February 6, 2020, this Court entered its Order Acknowledging Settlement, Staying All Pretrial Deadlines, Denying All Pending Motions, Canceling All Settings and Requesting Filing of an Agreed Order (docket #18). The order specifically provided as follows:

The parties shall submit their settlement papers or stipulation of dismissal and any appropriate supporting documents on or before **February 27, 2020**. Should the parties be unable to submit those documents by that date, the party unable to meet the deadline should move for an extension of time to file the documents. Otherwise, the Court may dismiss the case for failure to prosecute and/or failure to follow a Court order. FED. R. CIV. P. 16(f), 41(b).

To date, no settlement papers have been filed nor has an extension of time to file the documents been requested.

Because the parties have failed to respond to the Court's order, the Court finds the case should be dismissed for lack of prosecution and/or failure to comply with a court order. *Hickman v. Fox Television Station, Inc.*, 231 F.R.D. 248, 252 (S.D. Tex. 2005) ("Rule 41(b) of the Federal Rules of Civil Procedure permits a district court to dismiss a case for want or prosecution or failure to comply with a court order. The court's authority in this regard stems from its inherent power to control its docket and prevent undue delays in the disposition of pending cases.") Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff's case is DISMISSED WITHOUT PREJUDICE pursuant to FED. R. CIV. P. 41 for failure to comply with this Court's order and for failure to prosecute.

IT IS FURTHER ORDERED that because this dismissal is without prejudice, it is subject to any party moving to reopen the case on or before **Monday, March 16, 2020**, if the settlement has not been reached or finalized or to allow the parties more time to execute the settlement. Unless a motion to reopen is filed by the aforementioned deadline and is granted by this Court, this case will be considered DISMISSED WITH PREJUDICE after March 16, 2020.

IT IS FURTHER ORDERED that motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 28th day of February, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE