IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PHLIPSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:19-cv-253-FB |
| A & S COFFE ENTERPRISES, INC., ) | |
| and WURZBACH/OAKS LTD, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE

COMES NOW the Plaintiff, Ryan Phlipsen ("Plaintiff"), by and through the undersigned counsel, and hereby files this Stipulation to Dismiss Complaint with Prejudice.

Respectfully submitted this 9th day of March, 2020.

Respectfully submitted,

**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
www.kurzlawgroup.com
(404) 805-2494 Telephone
(770) 428-5356 Facsimile

By:   */s/ Dennis R. Kurz*
      Dennis R. Kurz
      Texas State Bar No. 24068183
      dennis@kurzlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

  I hereby certify that on the 9th day of March, 2020, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Michael D. DeNuccio, Esq.
CURNEY, FARMER, HOUSE, OSUNA &
JACKSON, P.C.
411 Heimer Road
San Antonio, Texas 78232
*Attorney for Defendant,*
*Wurzbach/Oaks, LTD.*

Ehsan Tabesh, Esq.
FISHER & PHILLIPS, LLP
910 Lousiana Street
Suite 4000
Houston, Texas 77002
*Attorney for Defendant,*
*A&S Coffee Enterprises, Inc.*

                */s/ Dennis R. Kurz*
                Dennis R. Kurz